# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | | |
|---|---|---|
| FU XING TANG, | ) | Case No. CV 09-2358-TJH (JWJ) |
| Petitioner, | ) | **ORDER TO SHOW CAUSE** |
| vs. | ) | |
| JANET NAPALITANO, ET AL. | ) | |
| Respondent. | ) | |

Based upon the petition filed herein and good cause appearing:

**IT IS HEREBY ORDERED** that respondent or respondent's counsel file an Answer with the Court within 23 days of the date of this Order to Show Cause, why a writ of habeas corpus should not be issued. Respondent shall also file a <u>certified</u> copy of the complete Administrative Record at issue.

**IT IS FURTHER ORDERED** that the Clerk of this Court forthwith serve a copy of this Order upon respondent by (a) serving a copy of the petition and of this Order upon the United States Attorney for the Central District of California and (b) serving a copy of this Order upon the Petitioner. Respondent or his counsel

shall serve a copy of the Answer upon petitioner prior to the filing thereof. Petitioner has 20 days from the date of receipt of the Answer in which to file his Traverse.

DATED: May 15, 2009

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge